Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. STATH,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:17-cv-02163-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Michael J. Stath ("Plaintiff"), through his attorneys, Payne Law Firm LLC, and Defendant Wells Fargo Bank, N.A., ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on August 11, 2017 [Docket No. 1]. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agree, that Wells Fargo shall have until **September 22, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

Dated August 18, 2017

| PAYNE LAW FIRM, LLC | Snell & Wilmer L.L.P. |
|---|---|
| By: /s/ Sean N. Payne, Esq.<br>Sean N. Payne, Esq.<br>PAYNE LAW FIRM, LLC<br>9550 S. Eastern Ave.<br>Suite 253-A213<br>Las Vegas, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*Michael J. Stath* | By: /s/ Tanya N. Lewis<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Wells Fargo Bank,*<br>*N.A.* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before September 22, 2017.**

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE
DATED ____August 22____, 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# **CERTIFICATE OF SERVICE**

On August 18, 2017, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

4828-5139-7453