JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Email: jason.revzin@lewisbrisbois.com
Telephone: (702) 693-4344
Fax: (702) 893-3789
*Counsel or Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. STATH,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02163-RFB-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Michael J. Stath ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On August 11, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 5, 2017.

Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until

/ / /

/ / /

/ / /

/ / /

October 5, 2017.  This is the first extension requested as to this specific deadline.

DATED: August 31, 2017

                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
JASON G. REVZIN
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Email:  jason.revzin@lewisbrisbois.com
Telephone: (702) 693-4344
Fax: (702) 893-3789
*Counsel for Trans Union LLC*

**PAYNE LAW FIRM LLC**

*/s/ Sean N. Payne*
SEAN N. PAYNE
Nevada Bar No. 13216
9550 S. Eastern Ave., Ste. 253-A213
Las Vegas, NV 89123
Telephone: (702) 952-2733
Fax: (702) 462-7227
Email: seanpayne@spaynelaw.com
*Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated September 1, 2017

_____
UNITED STATES MAGISTRATE JUDGE