Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. STATH,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-02163-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Michael J. Stath ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorneys of record, as follows:

Plaintiff filed his Complaint on August 14, 2016. The deadline for Experian to respond to the Complaint is currently September 19, 2017. Counsel for Experian was retained shortly before the parties filed the first request to extend the response deadline. Plaintiff and Experian stipulate and agree that Experian shall have until September 26, 2017, to file its responsive pleading. This is the parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to

accommodate counsel for Experian who is in the process of reviewing the allegations in the Complaint.

Dated: September 18, 2017

| PAYNE LAW FIRM LLC | NAYLOR & BRASTER |
|---|---|
| By: */s/ Sean N. Payne*<br>Sean N. Payne<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123 | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 |
| Miles N. Clark<br>Nevada Bar No. 13848<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129 | *Attorneys for Defendant Experian Information Solutions, Inc.* |
| David H. Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123 | |

*Attorneys for Plaintiff*

## **ORDER**

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or September 26, 2017.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED September 20, 2017